# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Felicia Ann Red, | No. CV-23-01787-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona State Prison Complex Perryville, et al., | |
| Defendants. | |

Pending before the Court is the Report and Recommendation ("R&R") (Doc. 23) from Magistrate Judge Eileen S. Willett, recommending that Plaintiff's Second Amended Complaint (Doc. 16) be dismissed without prejudice for failure to serve pursuant to Fed. R. Civ. P. 4(m).

Plaintiff was given fourteen days from the date of service of the R&R to file specific written objections with the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No objections have been received. Therefore, the Court will accept and adopt the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection"; *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (explaining the "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise") (emphasis in original).

. . . .

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 23) is accepted. Plaintiff's Second Amended Complaint (Doc. 16) is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter a judgment of dismissal and close this case.

Dated this 7th day of January, 2025.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge